United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Johnny J. Felder, Jr.  
    Debtor

Case No. 13-12368-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 2     Date Rcvd: May 16, 2018  
                   Form ID: 138NEW     Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.

```
db         +Johnny J. Felder, Jr.,    2245 Glenview Street,    Philadelphia, PA 19149-2403
cr         +Santander Consumer USA Inc.,    c/o Deily, Mooney & Glastetter, LLP,    8 Thurlow Terrace,
             Albany, NY 12203-1006
12998800   +Atlantic Credit & Finance, Assignee of,    HSBC,,    C/O David J. Apothaker, Esq.,
             520 Fellowship Rd., C306,,    Mount Laurel, NJ 08054-3410
12998804   +CITI Diamond Preferred,    PO BOX 6500,    Sioux Falls, SD 57117-6500
12998803   +Chase,    2500 Westfield Dr.,,    Elgin, IL 60124-7700
12998805   +CitiMortgage,    PO Box 9438,    Gaithersburg, MD 20898-9438
13132176    CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
12998807    Convergent, Inc.,    PO Box 9004,    Renton, WA 98057-9004
12998808   +David J. Apothaker, Esq.,    Apothaker & Associates,    520 Fellowship Rd. C306.,
             Mount Laurel, NJ 08054-3410
12998809   +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
12998810   +Jorge M. Pereira, Esq.,    101 N. Cedar Crest Blvd.,,    Allentown, PA 18104-4769
12998814   +North Star Capital Acquisition, LLC,    C/O David J. Apothaker, Esq.,
             520 Fellowship Rd., C306,,    Mount Laurel, NJ 08054-3410
13098737   +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE SUITE #310,    MOORPARK, CA 93021-2602
12998816   +PGW,    Bankruptcy Dept.,    800 W. Montgomery Ave.,,    Philadelphia, PA 19122-2806
12998815    PennyMac,    PO Box 514387,    Los Angeles, CA 90051-4387
13015103   +PennyMac  Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
             3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
14100342   +Planet Home Lending, LLC,    321 Research Parkway, Suite 303,    Meriden, CT 06450-8342
13003306   +Santander Consumer USA,    Po Box 560284,    Dallas, TX 75356-0284
12998819    Santander Consumer, USA,    PO Box 105255,    Atlanta, GA 30348-5255
14024854   +Thomas Song, Esq., Id. No.89834,    Phelan Hallinan Diamond & Jones, LLP,
             Atty for Pennymac Holdings LLC,    1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,
             Philadelphia, PA 19103-1823
12998821    Union Plus Credit Card,    PO Box 17051,    Baltimore, MD 21297-1051
12998824   +WF Financial Cards,    PO Box 14517,    Des Moines, IA 50306-3517
12998823    Wells Fargo Financial Bank,,    PO Box 98751,    Las Vegas, NV 89193-8751
13999298   +Wilmington Savings Fund Society, FSB,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
             P.O. Box 17933,    San Diego, CA 92177-7921
13998943   +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,
             1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg         E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:27     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 02:22:21
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2018 02:22:56     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13064744    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2018 02:25:34
             American InfoSource LP as agent for,    Verizon,    PO Box 248838,
             Oklahoma City, OK  73124-8838
13086326    E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:27     City of Philadelphia Law Department,
             Tax Unit - Bankruptcy,    Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA 19102-1595
12998801   +E-mail/Text: bankruptcy@cavps.com May 17 2018 02:22:50     Cavalry Portfolio Services,
             500 Summit Lake Drive, Suite 4A,,    Valhalla, NY 10595-2323
13081076   +E-mail/Text: bankruptcy@cavps.com May 17 2018 02:22:50     Cavalry Portfolio Services,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
12998802   +E-mail/Text: bankruptcy@cavps.com May 17 2018 02:22:50
             Cavalry Portfolio Services, Assignee of,    Wells Fargo, Raymour & Flanigan,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
12998806   +E-mail/Text: equiles@philapark.org May 17 2018 02:23:44     City of Philadelphia,
             PO Box 41818,    Philadelphia, PA 19101-1818
13075474    E-mail/Text: JCAP_BNC_Notices@jcap.com May 17 2018 02:22:46     Jefferson Capital Systems LLC,
             PO BOX 7999,    SAINT CLOUD MN 56302-
12998811   +E-mail/Text: bankruptcydpt@mcmcg.com May 17 2018 02:22:28     MCM,    Dept. 12421,    PO Box 603,
             Oaks, PA 19456-0603
12998812   +E-mail/Text: bankruptcydpt@mcmcg.com May 17 2018 02:22:28     Midland Funding, LLC,
             8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
12998813   +E-mail/Text: bankruptcydepartment@tsico.com May 17 2018 02:23:41     NCO Financial Systems,
             PO Box 4935,    Trenton, NJ 08650-4935
13002961   +E-mail/Text: equiles@philapark.org May 17 2018 02:23:44     Philadelphia Parking Authority,
             3101 Market Street - 2nd floor,    Philadelphia, PA 19104-2806
12998820   +E-mail/Text: bankruptcy@sw-credit.com May 17 2018 02:22:30     Southwest Credit,
             4120 International Pkwy, Suite 1100,,    Carrollton, TX 75007-1958
12998822   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 17 2018 02:21:32
             Verizon,    500 Technology Drive, Ste 30,,    Saint Charles, MO 63304-2225
                                                                                              TOTAL: 16
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2              Date Rcvd: May 16, 2018
                              Form ID: 138NEW             Total Noticed: 41


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CITIMORTGAGE, INC.
cr              PENNYMAC HOLDINGS, LLC FKA PENNYMAC MORTGAGE INVES
cr              Wilmington Savings Fund Society, FSB, as trustee o
13000353        James D. Moran
13000352        James D. Moran,2230Land Title Bldg., 19110
cr*            +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,   Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
13075594*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-)
12998817     ##+RJM Acquisitions, LLC,    575 Underhill Blvd., Suite 224,    Syosset, NY 11791-3416
12998818     ##+Ruth Cruzz,    7208 Glenloch Street,    Philadelphia, PA 19135-1217
                                                                                 TOTALS: 5, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              JAMES D. MORAN    on behalf of Debtor Johnny J. Felder, Jr. jamesdmoran@hotmail.com
              JEROME B. BLANK    on behalf of Creditor    Planet Home Lending, LLC paeb@fedphe.com
              KARROLLANNE CAYCE    on behalf of Creditor    PennyMac Loan Services, LLC ecfmail@aldridgepite.com,
               kcayce@ecf.inforuptcy.com
              LESLIE J. RASE    on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com,
               lerase@logs.com
              MARIO J. HANYON    on behalf of Creditor    PNMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Pennymac Holdings LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10
```

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

___

In Re: Johnny J. Felder, Jr.
      Debtor(s)                                      Bankruptcy No: 13−12368−amc
                                                                         Chapter: 13

___

***NOTICE***

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                  For The Court

                                                  Timothy B. McGrath
                                                  Clerk of Court

Dated: 5/16/18

                                                                                   115 − 114
                                                                     Form 138_new