UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

JOHNNY J. FELDER, JR., :

Debtor : BANKRUPTCY NO. 13-12368AMC

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

Part I. Certification Regarding Domestic Support Obligations (check no more than one)

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

_____ I owed no domestic support obligation when I filed our Bankruptcy Petition and I have not been required to pay any such obligation since then.

__XX__ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 Plan required me to pay. I have also paid all such amounts that became due between the filing of my Bankruptcy Petition and today.

Part II. If you checked the second box, you must provide the information below.

My current address: 2245 Glenview Street, Philadelphia, PA 19149
My current employer and my employer's address: SEPTA, 1234 Market Street, Philadelphia, PA 19107

Part III. Certification Regarding Section 522(q) (check no more than one):

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

__XX__ I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $160,375.00 in value in the aggregate.

_____ I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1) and (2) that exceeds $160,375.00 in value in the aggregate.

Part IV. Debtor's Signature

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Dated: 5-29-18

X _/s/ Johnny Felder_
JOHNNY J. FELDER, JR., Debtor