United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Johnny J. Felder, Jr.  
    Debtor

Case No. 13-12368-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2     Date Rcvd: Jun 22, 2018
                              Form ID: 3180W    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.
```
db             +Johnny J. Felder, Jr.,    2245 Glenview Street,    Philadelphia, PA 19149-2403
13132176        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
14100342       +Planet Home Lending, LLC,    321 Research Parkway, Suite 303,    Meriden, CT 06450-8342
13998943       +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 23 2018 01:52:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2018 01:52:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 23 2018 01:52:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13064744        EDI: AIS.COM Jun 23 2018 05:53:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
13086326        E-mail/Text: megan.harper@phila.gov Jun 23 2018 01:52:35
                 City of Philadelphia Law Department,    Tax Unit - Bankruptcy,    Municipal Services Building,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
13081076       +E-mail/Text: bankruptcy@cavps.com Jun 23 2018 01:52:20     Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
12998805       +EDI: CIAC.COM Jun 23 2018 05:53:00     CitiMortgage,    PO Box 9438,
                 Gaithersburg, MD 20898-9438
13075474        EDI: JEFFERSONCAP.COM Jun 23 2018 05:53:00     Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-
13002961       +E-mail/Text: bankruptcy@philapark.org Jun 23 2018 01:52:45     Philadelphia Parking Authority,
                 3101 Market Street - 2nd floor,    Philadelphia, PA 19104-2806
13003306       +EDI: DRIV.COM Jun 23 2018 05:53:00     Santander Consumer USA,    Po Box 560284,
                 Dallas, TX 75356-0284
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13000353       James D. Moran
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:
```
              JAMES D. MORAN    on behalf of Debtor Johnny J. Felder, Jr. jamesdmoran@hotmail.com
              JEROME B. BLANK    on behalf of Creditor    Planet Home Lending, LLC paeb@fedphe.com
              KARROLLANNE CAYCE    on behalf of Creditor    PennyMac Loan Services, LLC ecfmail@aldridgepite.com,
               kcayce@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              LESLIE J. RASE    on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com,
               lerase@logs.com
              MARIO J. HANYON    on behalf of Creditor    PNMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Pennymac Holdings LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: admin              Page 2 of 2               Date Rcvd: Jun 22, 2018
                              Form ID: 3180W           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com

        TOTAL: 11

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Johnny J. Felder Jr.** | Social Security number or ITIN **xxx–xx–1877** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |// 
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **13–12368–amc** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Johnny J. Felder Jr.

<u>6/21/18</u>                        **By the court:**        <u>Ashely M. Chan</u>
                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**