UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
 :
**JOHNNY FELDER, JR.**  :
 :
 :
         **Debtor(s)**  :  Bankruptcy No. 13-12368 AMC

**ORDER**

    **AND NOW,** this 2nd day of July 2018, upon consideration of the Chapter 13 Standing Trustee's Application to Terminate Wage Order, it is hereby

    **ORDERED,** that the wage order previously entered in this case, directing **SEPTA** to make monthly payments to the chapter 13 standing trustee, is hereby terminated.

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
BANKRUPTCY JUDGE

cc:  **Debtor**
**Johnny J. Felder, Jr.**
2245 Glenview Street
Philadelphia, PA 19149

**Debtor's Employer**
SEPTA
1234 Market Street
Philadelphia, Pa. 19107

**Debtor's Counsel**
**James D. Moran**
Land Title Building
100 S. Broad St. Ste. 2230
Philadelphia, PA 19110

William C. Miller, Esquire
Office of Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105