United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-12368-amc
Johnny J. Felder, Jr.                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina            Page 1 of 1              Date Rcvd: Jul 02, 2018
                              Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2018.
db             +Johnny J. Felder, Jr.,    2245 Glenview Street,    Philadelphia, PA 19149-2403
               +SEPTA,    1234 Market Street,    Phila, PA 19107-3780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                   Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:
              JAMES D. MORAN    on behalf of Debtor Johnny J. Felder, Jr. jamesdmoran@hotmail.com
              JEROME B. BLANK    on behalf of Creditor    Planet Home Lending, LLC paeb@fedphe.com
              KARROLLANNE CAYCE    on behalf of Creditor    PennyMac Loan Services, LLC ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              LESLIE J. RASE    on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com, lerase@logs.com
              MARIO J. HANYON    on behalf of Creditor    PNMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Pennymac Holdings LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
**JOHNNY FELDER, JR.**                              :
                                                    :
                                                    :
        Debtor(s)                                   :    Bankruptcy No. 13-12368 AMC

**ORDER**

   **AND NOW,** this 2nd day of July 2018, upon consideration of the Chapter 13 Standing Trustee's Application to Terminate Wage Order, it is hereby

   **ORDERED,** that the wage order previously entered in this case, directing **SEPTA** to make monthly payments to the chapter 13 standing trustee, is hereby terminated.

                                            BY THE COURT

                                            _____
                                            **HONORABLE ASHELY M. CHAN**
                                            **BANKRUPTCY JUDGE**

cc:    **Debtor**
       **Johnny J. Felder, Jr.**
       2245 Glenview Street
       Philadelphia, PA 19149

       **Debtor's Employer**
       SEPTA
       1234 Market Street
       Philadelphia, Pa. 19107

       **Debtor's Counsel**
       **James D. Moran**
       Land Title Building
       100 S. Broad St. Ste. 2230
       Philadelphia, PA 19110

       William C. Miller, Esquire
       Office of Chapter 13 Standing Trustee
       P.O. Box 1229
       Philadelphia, PA 19105