United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-12368-amc
Johnny J. Felder, Jr.                                                     Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Virginia            Page 1 of 1            Date Rcvd: Aug 10, 2018
                                Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
db             +Johnny J. Felder, Jr.,    2245 Glenview Street,    Philadelphia, PA 19149-2403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
              JAMES D. MORAN    on behalf of Debtor Johnny J. Felder, Jr. jamesdmoran@hotmail.com
              JEROME B. BLANK    on behalf of Creditor   Planet Home Lending, LLC paeb@fedphe.com
              KARROLLANNE  CAYCE    on behalf of Creditor    PennyMac Loan Services, LLC ecfmail@aldridgepite.com,
               kcayce@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              LESLIE J. RASE    on behalf of Creditor   PennyMac Loan Services, LLC pabk@logs.com,
               lerase@logs.com
              MARIO J. HANYON    on behalf of Creditor    PNMAC MORTGAGE INVESTMENT TRUST HOLDINGS I, LLC
               paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   Pennymac Holdings LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                    : Chapter 13

Johnny J. Felder, Jr.                                        : Case No. 13−12368−amc
      Debtor(s)

***ORDER***
_____

AND NOW, this day , August 10, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

128
Form 195